# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s): Rosalie Feickert** | **Defendant(s): Neurological Physicians of Arizona, Inc. ; William Grainger ; Jane Doe Grainger ; Jeffrey Lee Shy ; Jane or John Doe Shy ; Catherine C. Kapoor ; John Doe Kapoor** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Christopher R. Houk**
**Gillespie, Shields, Durrant & Goldfarb**
7319 N. 16th Street
Phoenix, Arizona  85020
602-870-9700

**Geoff Morris**
**Gillespie, Shields, Durrant & Goldfarb**
7319 N. 16th Street
Phoenix, Arizona  85020
602-870-9700

Defendant's Atty(s):

<u>II. Basis of Jurisdiction</u>:    **1. U.S. Government Plaintiff**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**
Plaintiff:- **N/A**
Defendant:- **N/A**

<u>IV. Origin</u> :    **1. Original Proceeding**

<u>V. Nature of Suit</u>:    **710 Fair Labor Standards Act**

<u>VI.Cause of Action</u>:    **Fair Labor Standards Act of 1938 (FLSA), as amended and codified at 29**

U.S.C. § 201 et seq., and accrued vacation pay and sick time under A.R.S. § 23-353 and Breach of the Implied Covenant of Good Faith and Fair Dealing

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

Signature: **/s/ Christopher R. Houk**

Date: **5/1/2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014