NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalie Ann Feickert,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Neurological Physicians of Arizona Incorporated, *et al.*,<br><br>　　　　Defendants. | No. CV-17-01290-PHX-JJT<br><br>**ORDER / JUDGMENT** |

At issue is the parties' Joint Motion to Approve FLSA Settlement and to Enter Judgment (Doc. 24). Upon review and good cause appearing;

**IT IS HEREBY ORDERED** granting the Joint Motion (Doc. 24). The Settlement Agreement (Doc. 24-1) negotiated and consented to by the parties is approved.

**IT IS FURTHER ORDERED** that Plaintiff have and recover judgment from and against Neurological Physicians of Arizona, Inc.; William Grainger and the marital community consisting of himself and Victoria Grainger; Jeffrey Shy and the marital community consisting of himself and Philip Norman Swanson; and Catherine C. Kapoor and the marital community consisting of herself and Bhupendra Rai Kapoor, collectively as follows:

　　　1.　　For a total lump sum of $20,000.00;

　　　2.　　For attorneys' fees and costs in the amount of $11,000.00 with the parties to bear fees and costs as set forth in the parties' Settlement Agreement; and

3. For interest on said sums at the rate of 10% per annum from the date the Judgment is executed upon and until paid in full.

The Parties have agreed that no execution on this Judgment will be made unless the terms of the Settlement Agreement are not satisfied.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this matter.

Dated this 19th day of September, 2017.

Honorable John J. Tuchi
United States District Judge

- 2 -