Christopher R. Houk, Bar No. 020843
Geoff Morris, Bar No. 031210
**GILLESPIE, SHIELDS, DURRANT & GOLDFARB**
7319 North 16th Street
Phoenix, Arizona 85020
Tel.  602-870-9700
Fax  602-870-9783
chouk@gillaw.com
gmorris@gillaw.com

Send all documents to:
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalie Ann Feickert,<br><br>            Plaintiff,<br><br>    v.<br><br>Neurological Physicians of Arizona, Inc., William Grainger, Jane Doe Grainger, spouses, Jeffrey Shy, Jane or John Doe Shy, spouses, Catherine C. Kapoor, John Doe Kapoor, spouses,<br><br>            Defendants. | Case No:  No. CV-17-01290-PHX-JJT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the Parties' Settlement Agreement, [Dkt. 24-1], this Court's order approving the Settlement Agreement and entering judgment for Plaintiff against Defendants, [Dkt. 25], the Parties hereby stipulate to dismiss the case with prejudice.

DATED this 10th day of October, 2017.

**GILLESPIE SHIELDS DURRANT & GOLDFARB**

By <u>/s/ Christopher R. Houk</u>
   Christopher R. Houk
   Geoff Morris
   *Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: <u>*/s/ Mary Ellen Simonson (with permission)*</u>
   Melanie V. Pate
   Mary Ellen Simonson
   *Attorneys for Defendants*

### Certificate of Service

I hereby certify that on October 10, 2017, I electronically transmitted the attached document to the Clerk's Office using ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

Melanie V. Pate
Mary Ellen Simonson
**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

<u>/s/ Robin Laabs</u>
Paralegal