NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalie Ann Feickert,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Neurological Physicians of Arizona Incorporated, *et al.*,<br><br>　　　　Defendants. | No. CV-17-01290-PHX-JJT<br><br>**ORDER** |

　　　At issue is the Parties' Stipulation to Dismiss with Prejudice (Doc. 26). For good cause appearing,

　　　IT IS ORDERED granting the Parties' Stipulation to Dismiss with Prejudice (Doc. 26). Plaintiff's claims against Defendants are dismissed with prejudice. This case remains closed.

　　　Dated this 6th day of November, 2017.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge